# IN THE SUPREME COURT OF THE STATE OF NEVADA

BEST RE INVESTMENTS, LLC, AS
SUCCESSOR-IN-INTEREST TO LV NV
INV LLC,

Appellant,

vs.

BANK OF AMERICA, N.A.,

Respondent.

No. 73502

FILED

MAY 01 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Mark B. Bailus, District Judge
Joseph Y. Hong
Akerman LLP/Las Vegas
Eighth District Court Clerk

18-16536